UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VIKRAMJEET SINGH,<br><br>    Defendant. | CASE NO. MJ25-640<br>(CD/CA No. CR25-804-AH)<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Conspiracy to Commit Wire Fraud; Conspiracy to Commit Theft from Interstate or Foreign Shipments; Forfeiture Allegation

<u>Date of Detention Hearing</u>:    October 14, 2025.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant is charged by Indictment in the Central District of California. He has waived an identity hearing and an Order of Transfer has been signed. Defendant is a native and citizen of India. He possesses a work permit and has applied either for asylum of a U-Visa, or both. Those petitions are pending. He resides in the Western District of Washington, although Pre-trial Services was not able to verify the address with his wife due to a language barrier. He reports working as a truck driver for the past six months, and for other companies for the past six years. His work requires travel all over the United States. His criminal record includes previous charges similar in nature to the instant charges, the disposition of which are uncertain.

2. Defendant poses a risk of nonappearance based on the nature of the charges, previous similar charges in other jurisdictions, employment which requires constant interstate travel, and unverified residence and background information. Defendant poses a risk of danger based on the nature of the alleged offense and the pending case in the Western District of Texas.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 14th day of October, 2025.

*Mary Alice Theiler*
United States Magistrate Judge

DETENTION ORDER
PAGE -3